PER CURIAM.
Affirmed. See, e.g., State v. Alexander, 406 So.2d 1192 (Fla. 4th DCA 1981); Milton v. State, 140 Fla. 617, 192 So. 219 (1939); Williams v. State, 437 So.2d 133 (Fla.1983); Tibbs v. State, 397 So.2d 1120, 1123 (Fla.1981), affirmed, 457 U.S. 31,102 S.Ct. 2211, 72 L.Ed.2d 652 (1982); Jackson v. Virginia, 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979); Delap v. State, 440 So.2d 1242 (Fla.1983).
ANSTEAD, C.J., and GLICKSTEIN and WALDEN, JJ., concur.